UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GILBERTO HERNANDEZ, and all others similarly situated under 29 U.S.C. § 216(b), Plaintiff, | § § § § § | |
| v. | § § | Cause No. 3:17-cv-02049-BN |
| TRENDY COLLECTIONS, LLC, INDERTJIT S. DHANI, RAJINDER S. SINGH, and REETU KAUR Defendants. | § § § § § § | |

## AGREED ORDER ON JOINT MOTION TO DISMISS

Came on for consideration this 8th day of November, 2018, the Joint Motion to Dismiss (the "Motion") filed by the Parties, wherein the parties move the Court to dismiss the claims of the Plaintiff with prejudice, with each of the Parties to bear their own attorneys' fees, costs and expenses incurred in this cause. The Court, having reviewed the Motion, is of the opinion that the Motion should be GRANTED.

Accordingly, it is ORDERED that Plaintiff's claims are dismissed with prejudice, with each of the Parties to bear their own attorneys' fees, costs and expenses incurred in this cause.

Signed this 8th day of November, 2018

DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE

Approved as to form and for entry:

By: s/ Joshua A. Petersen
    Joshua A. Petersen, Counsel for Plaintiff

and

By: /s/ Latrice E. Andrews (w/ permission)
Latrice E. Andrews, Counsel for Defendants